UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOWN OF ENFIELD | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-00789-JBA |
| vs. | : | |
| | : | |
| PURDUE PHARMA, L.P., ET AL. | : | |
| | : | |
| Defendants | : | MAY 28, 2019 |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, McKesson Corporation, Inc., hereby discloses pursuant to the Federal Rule of Civil Procedure 7.1 and District of Connecticut Local Rule 7.1 that McKesson is a publicly traded corporation. It has no parent corporations and no publicly held corporation owns 10% or more of McKesson stock.

Dated: May 28, 2019

                                                   **THE DEFENDANT,**
                                                 **McKESSON CORPORATION**

                                      BY: /s/ Patrick M. Noonan  (#ct00189)
                                             Patrick M. Noonan
                                             Donahue, Durham & Noonan, P.C.
                                             741 Boston Post Road
                                             Guilford, CT 06437
                                             T: (203) 458-9168
                                             pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan